UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
EMPIRE STATE HIGHWAY CONTRACTORS
ASSOCIATION, INC. EMPLOYEES' RETIREMENT
PLAN, By PHILIP HUSTED JR., NAMED
FIDUCIARY; and THE COMMITTEE of the EMPIRE
STATE HIGHWAY CONTRACTORS ASSOCIATION,
INC. EMPLOYEES' RETIREMENT PLAN,



Plaintiffs,          6:10-CV-01480 (DNH/DEP)

-vs-

CHRISTOPHER HUBBELL,

Defendant.

## ORDER

The Empire State Highway Contractors Association, Inc. Employees Retirement Plan, by Philip Husted, Jr., Named Fiduciary, and the Committee of the Empire State Highway Contractors Association Inc. Retirement Plan (collectively "the Plaintiffs"), having moved for summary judgment against Christopher Hubbell (the "Defendant");

Now, upon the reading and filing of the Plaintiffs' Notice of Motion dated February 8, 2012, the Affirmation of Christian P. Jones, Esq., dated February 8, 2012, in support of the motion, with the exhibits attached thereto, the Affidavit of James Wheeler in support of the motion duly executed on February 7, 2012, with the exhibits attached thereto, the Plaintiffs' Statement of Material Undisputed Facts dated February 8, 2012, and the Plaintiffs' Memorandum of Law in support of the motion dated February 8, 2012, the Affirmation of Christine G. Krupa, Esq., dated March 6, 2012, in opposition to the motion, with the exhibits attached thereto, the Defendant's March 6, 2012 Memorandum of Law in opposition to the Motion, and the Defendant's Response to the Plaintiff's Statement of Material Undisputed Facts, and the Plaintiffs' Reply Memorandum of Law dated March 12, 2012; and

{M0208345.1}

A hearing concerning the motion having been held by the Court on March 23, 2012 in Utica, New York; and the Plaintiffs having appeared by Christian P. Jones, Esq., of Mackenzie Hughes LLP; and the Defendant having appeared by Christine G. Krupa, Esq., of Helmer Johnson Misiaszek & Kenealy; and there having been oral argument; it is hereby

ORDERED, ADJUDGED AND DECREED that the Plaintiffs' motion is granted; and it is further

ORDERED, ADJUDGED AND DECREED that pursuant to 29 U.S.C. § 1132(a)(3), the Clerk is hereby directed to enter a final certified equitable judgment in the amount of $51,284.50 against Christopher Hubbell and in favor of Empire State Highway Contractors Association, Inc. Employees Retirement Plan, by Philip Husted, Jr., Named Fiduciary, and the Committee of the Empire State Highway Contractors Association Inc. Retirement Plan, to be enforced as follows:

(a) Christopher Hubbell is hereby Ordered to make restitution in the amount of $51,284.50, plus interest, out of any assets traceable to the principal sum erroneously transferred to him and any accumulated earnings from that principal sum, as well as from any assets generated from the principal sum and subsequent earnings thereon;

(b) Empire State Highway Contractors Association, Inc. Employees Retirement Plan, by Philip Husted, Jr., Named Fiduciary, and the Committee of the Empire State Highway Contractors Association Inc. Retirement Plan is hereby granted a constructive trust and equitable lien in the amount of $51,284.50 on the rollover individual retirement account presently held for the benefit of Christopher C. Hubbell, with Pershing LLC as custodian, held at Cadaret, Grant & Co., Inc., with account number N3C-501045, and upon any proceeds traceable to those funds;

And it is further

ORDERED, ADJUDGED AND DECREED that any further proceeding required to give effect to this Order and to the Judgment to be entered by the Clerk shall be addressed to this Court.

IT IS SO ORDERED.

Dated: April 9, 2012
Utica, New York

Hon. David N. Hurd
United States District Court Judge